IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JEANETTE PEREZ-MACEIRA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CUSTOMED, INC, et al., <br><br> Defendants. | CIVIL NO. 23-1445 (CVR) |

**PARTIAL JUDGMENT**

Pursuant to the Court's Opinion and Order of this same date (Docket No. 123), the Court hereby enters Partial Judgment, as follows:

1. All claims against Mays Chemical Company of Puerto Rico, Inc. are DISMISSED WITH PREJUDICE.

2. All claims against Balchem Corp. are DISMISSED WITH PREJUDICE.

3. All claims against Edward LifeSciences Technology Sarl are DISMISSED WITH PREJUDICE.

4. The gross negligence cause of action (Count II) is DISMISSED WITH PREJUDICE.

5. The restitution-unjust enrichment cause of action (Count XI) is DISMISSED WITH PREJUDICE.

6. The strict liability - design defect (Count IV); strict liability - design defect based on negligence (Count V); strict liability - failure to warn and instruct (Count VI); strict liability - failure to warn and instruct based on negligence

Case 3:23-cv-01445-CVR   Document 124   Filed 10/23/25   Page 2 of 2

Jeanette Pérez-Maceira, et al.  v. Customed, Inc., et al.
Partial Judgment
Civil 23-1445 (CVR)
Page 2
_____

(Count VII); negligent design defect (Count VIII); and gross negligent design defect (Count IX) causes of action are all DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

In San Juan, Puerto Rico, on this 23rd day of October 2025.

                                                S/CAMILLE L. VELEZ-RIVE
                                                CAMILLE L. VELEZ RIVE
                                                UNITED STATES DISTRICT JUDGE